UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COURTNEY ORDWAY,
    Plaintiff

v.                                          CIVIL ACTION NO. 1:09-CV-12152-DPW

LIGHTHOUSE RECOVERY,
ASSOCIATES, LLC
    Defendant

## ORDER
DEFAULT JUDGMENT

Defendant, Lighthouse Recovery Associates, LLC, having failed to plead or otherwise defend in this action, and said default having been duly entered.

NOW, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the sum of $1,000, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $2,903.00.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant, Lighthouse Recovery Associates, LLC, the sum of $3,903.00 with interest as provided by law.

Dated: 5/17/10                    _____
                                   Deputy Clerk - Jarrett Lovett

